UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-2119-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISMAEL PEDROSA, et al.,

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court sua sponte. The court appointed Jason Grey, Esquire, on March 2, 2007, to represent defendant **Yoannys Martinez Rives** in the above referenced case. Based on Mr. Grey's unavailability to meet with the defendant before March 12, 2007, it is hereby

ORDERED AND ADJUDGED that the court appointment of Jason Grey, Esquire, is hereby VACATED. Linda Lopez, Esquire, is appointed to represent defendant **Yoannys Martinez Rives**.

DONE AND ORDERED in the Southern District of Florida, this 6th day of March, 2006.

                                              LURANA S. SNOW
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Adam Fels (MIA)
Linda Lopez, Esq.
Jason Grey, Esq.
Debbie Donovan
    Courtroom Deputy